# United States Court of Appeals
## For the First Circuit

No. 03-2542

WALGREEN COMPANY; WALGREENS OF SAN PATRICIO,
INC.; WALGREENS OF PUERTO RICO, INC.

Plaintiffs, Appellants,

v.

JOHN RULLAN, In his Official Capacity as Puerto Rico Health
Secretary

Defendant, Appellee.

ERRATA

The opinion of this Court, issued on April 22, 2005, should be amended as follows:
On page 16, line 2, replace "eats" with "it treats"